**Opinion issued December 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00865-CV

_____

**RAPID-TORC, INC., Appellant**

**V.**

**DYNAMIC TOOLS, INC., Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-68440**

## MEMORANDUM OPINION

Appellant Rapid-Torc, Inc. has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.